23-50027-cag  Doc#81  Filed 07/24/23  Entered 07/24/23 13:50:21  Main Document  Pg 1 of 4

A true copy of the original, I certify
BARRY D. KNIGHT
CLERK, U.S. BANKRUPTCY COURT
BY: *[signature]*
DEPUTY CLERK



IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: July 24, 2023.

*[signature]*
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | § § § | Case No. 23-50027-cag |
| | § § | Chapter 11 |
| Debtor. | § | |

**AGREED ORDER DISMISSING
CHAPTER 11 BANKRUPTCY CASE WITH PREJUDICE**

CAME ON FOR CONSIDERATION the *Motion to Dismiss Bankruptcy Case* [Dkt. No. 10] (the "**Motion**")[1] filed by Veritex Community Bank ("**Veritex**") seeking to dismiss the above-captioned chapter 11 bankruptcy case of Galleria West Loop Investments, LLC (the "**Debtor**") pursuant to section 1112 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1017 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Having considered the Motion, the Debtor's response in opposition to the Motion [Dkt. No. 71], and the agreement

---

[1] Capitalized terms that are not defined herein shall have the meanings provided in the Motion unless otherwise noted.

AGREED ORDER DISMISSING BANKRUPTCY CASE                                       PAGE 1 OF 4
10229259 v2 (70859.00050.000)

**Exhibit A**                                                                 **1/5**

between Veritex and the Debtor, and after due deliberation and sufficient cause appearing therefor, the Court hereby finds as follows:

A. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

B. Due and proper notice of the Motion has been given under the circumstances and no other or further notice is necessary.

C. Veritex is the successor to Green Bank, N.A. by merger and is the current holder in due course of the Loan Documents (as defined in the Motion), pursuant to which Veritex holds a first-priority, properly perfected and valid lien and security interest against all of the Debtor's assets, including the Debtor's real property located at 50 Briar Hollow Lane, Houston, Texas 77027, subject to existing ad valorem tax liens on the Property.

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED** as set forth herein.

2. To the extent not resolved or withdrawn, any and all objections to the Motion shall be, and hereby are, overruled and denied. All other motions or requests for relief pending in this bankruptcy case, if any, are hereby denied as moot.

3. The Debtor's above-captioned Chapter 11 bankruptcy case is hereby **DISMISSED**, and such dismissal shall be **WITH PREJUDICE** to refiling (whether commenced voluntarily or involuntarily) for thirty-six (36) months from the date of this Order (the "**Bar Period**"). Notwithstanding section 349(a) of the Bankruptcy Code or any other provision of the Bankruptcy Code or Bankruptcy Rules, the Debtor is hereby barred from voluntarily filing a subsequent petition under any chapter of the Bankruptcy Code in any United States Bankruptcy Court during the Bar Period to the extent it remains indebted to Veritex, and the Debtor shall not receive a discharge in any such proceeding commenced during the Bar Period, whether commenced voluntarily or involuntarily, to the extent it remains indebted to Veritex. Nothing within this Order

shall be construed to prohibit the Debtor from initiating a bankruptcy proceeding if it is no longer indebted to Veritex.

4.  All fees payable in connection with this bankruptcy case under 28 U.S.C. § 1930 shall be paid when due by the Debtor, including, without limitation, fees payable to the Office of the United States Trustee.

5.  The court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### ### END OF ORDER ###

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Joseph M. Coleman
Joseph M. Coleman
  State Bar No. 04566100
S. Kyle Woodard
  State Bar No. 24102661
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

*Attorneys for Veritex Community Bank*


/s/ Melissa S. Hayward
Melissa S. Hayward
  State Bar No. 24044908
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel.: (972) 755-7100
Email: mhayward@haywardfirm.com

Ron Satija
  State Bar No. 24039158
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
Tel.: (737) 881-7102
Email: rsatija@haywardfirm.com

*Counsel for Galleria West Loop Investments, LLC*

23-50027-cag  Doc#81-1  Filed 07/24/23  Entered 07/24/23 13:50:21  Ntc of Dismissal All Parties Pg 1 of 1

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:** 23−50027−cag
**Chapter No.:** 11
**Judge:** Craig A Gargotta

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Galleria West Loop Investments, LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731
**SSN/TAX ID:**
xxx−xx−2423

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **7/24/23**                    for Joint Debtor (if any) on **N/A**

Dated: 7/24/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]

**Exhibit A**                                                              **5/5**