5/9/2024 2:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 87570772
By: Joshua Herrington
Filed: 5/9/2024 2:14 PM

CAUSE NO. 2024-20417

| | | |
|---|---|---|
| BDFI LLC and GALLERIA WEST LOOP INVESTMENTS, LLC<br>    Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| VERITEX COMMUNITY BANK and GREEN BANK, N.A.<br>    Defendants. | §<br>§<br>§ | 295th JUDICIAL DISTRICT |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Plaintiff/Judgment Debtor, Galleria West Loop Investments, LLC, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show unto the Court as follows:

On May 6, 2024, Creditor Gene McCubbin d/b/a PopLabs filed an Involuntary Petition Against Galleria West Loop Investments, LLC., under Case No. 24-32143 in the United States Bankruptcy Court for the Southern District of Texas ("Bankruptcy Case"). A copy of the proof of filing of the petition is attached hereto as Exhibit "A."

Pursuant to the United States Bankruptcy Code, the commencement of the above-referenced bankruptcy triggered an automatic stay that precludes further prosecution of this action until further notice. *See* 11 U.S.C. § 362(a).

Unofficial Copy Office of Marilyn Burgess District Clerk

Respectfully submitted,

**LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.**

By: /s/ *Kevin M. Madden*

    Kevin M. Madden
    State Bar No. 24041376
    16310 State Highway 249, Unit 1304
    Houston, Texas 77064
    Phone: 281-888-9681
    Fax:    832-538-0937
    Email : kmm@kmaddenlaw.com
    ***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all known counsel according to the TRCP on this the 9th day of May 2024:

Brian Clark                                                    Via: E-filing Texas
KRCL, PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel. (214) 777-4253
Email: bclark@krcl.com
***ATTORNEY FOR DEFENDANTS***

                                                  /s/ *Kevin M. Madden*
                                                      Kevin M. Madden

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kevin Madden
Bar No. 24041376
kmm@kmaddenlaw.com
Envelope ID: 87570772
Filing Code Description: No Fee Documents
Filing Description: Suggestion of Bankruptcy and Notice of Automatic Stay
Status as of 5/9/2024 2:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin M.Madden | | kmm@kmaddenlaw.com | 5/9/2024 2:14:49 PM | SENT |
| Connie Nims | | cnims@krcl.com | 5/9/2024 2:14:49 PM | SENT |
| Jamie R.Wilson | | jwilson@krcl.com | 5/9/2024 2:14:49 PM | SENT |
| Brian W.Clark | | bclark@krcl.com | 5/9/2024 2:14:49 PM | SENT |
| Brian W.Clark | | bclark@krcl.com | 5/9/2024 2:14:49 PM | SENT |
| Jamie Wilson | | JWilson@krcl.com | 5/9/2024 2:14:49 PM | SENT |
| Lynda Bryan | | LBryan@krcl.com | 5/9/2024 2:14:49 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT "A"

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Galleria West Loop Investments, LLC

3. **Other names you know the debtor has used in the last 8 years**

   50m Briar Hollow

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 2 - 4 6 4 2 4 2 3
   EIN

5. **Debtor's address**

   **Principal place of business**

   1001 W. Loop South
   Number    Street

   _____

   Houston                          TX    77027
   City                             State ZIP Code

   Harris
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City            State    ZIP Code

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 1

## Exhibit H

5/8

*Unofficial Copy Office of Marilyn Burgess District Clark*

Debtor  **Galleria West Loop Investments, LLC**  Case number (*if known*)_____
　　　　　Name

---

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❏ Partnership (excluding LLP)
   - ❏ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ❏ None of the types of business listed.
   - ❏ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ❏ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　　MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　　MM / DD / YYYY

---

**Part 3:   Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205　　　Involuntary Petition Against a Non-Individual　　　page 2

**Exhibit H**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**6/8**

Debtor **Galleria West Loop Investments, LLC**
_____Name_____

Case number (*if known*)_____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gene McCubbin dba PopLabs | Advertising | $ 32,665.75 |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**

Gene McCubbin dba PopLabs
Name

14315 Briarhills Pkwy
Number    Street

Houston          TX          77077
City             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Gene McCubbin
Name

14315 Briarhills Pkwy
Number    Street

Houston          TX          77077
City             State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/06/2024
             MM / DD / YYYY

X  *gene mccubbin*
Signature of petitioner or representative, including representative's title

Kevin M. Madden
Printed name

The Law Offices of Kevin M. Madden, PLLC
Firm name, if any

16310 State Highway 249, Unit 1304
Number    Street

Houston          Texas       77064
City             State       ZIP Code

Contact phone  281-888-9681   Email  kmm@kmaddenlaw.com

Bar number  24041376

State  Texas

X  /s/ Kevin M. Madden
Signature of attorney

Date signed  05/06/2024
             MM / DD / YYYY

Debtor _____   Case number (*if known*)_____
         Name

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____   _____   _____
City                              State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Unofficial Copy Office of Marilyn Burgess District Clerk