# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | Case No. 24-32143 |
| Debtor. | **Re: Docket No. \_\_\_\_** |

**FINAL ORDER GRANTING VERITEX COMMUNITY BANK'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY LOCATED AT 50 BRIAR HOLLOW LANE, HOUSTON, TEXAS 77027**

Upon the *Emergency Motion for Relief from the Automatic Stay* [Dkt. No. \_\_\_\_] (the "Motion")[1] filed by Veritex Community Bank ("Veritex"), pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with respect to real property located at **50 Briar Hollow Lane, Houston, Texas 77027** (the "Property"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157; and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and all objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and this Court being satisfied based on the representations made in the Motion that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not defined herein shall have the meanings provided in the Motion unless otherwise noted.

6. The Motion is GRANTED on a final basis as set forth herein.

7. The automatic stay imposed under 11 U.S.C. § 362(a) (the "Automatic Stay") is hereby terminated, effective immediately, as to the Property and all other collateral of Veritex under the Loan Documents.

8. Veritex is hereby authorized to foreclose on the Property at any time on or after the date of this Order and to exercise all other rights and remedies available under the Loan Documents or applicable law.

9. Veritex is authorized to take all actions necessary to effectuate the relief granted in this Order.

10. Galleria West Loop Investments, LLC ("GWLI") and each of its insiders and/or affiliates (as such terms are defined in 11 U.S.C. § 101)—including without limitation, BDFI, LLC and Ali Choudhri—are hereby prohibited from interfering or attempting to interfere in any way with Veritex's foreclosure on the Property or with any other exercise of Veritex's rights and remedies under the Loan Documents or applicable law.

11. GWLI is hereby prohibited from transferring the Property (or any portion thereof) absent further order of this Court or express written consent from Veritex.

12. Unless and until Veritex forecloses on the Property or the Loan has otherwise been satisfied in full, such that the Property no longer secures any debts owed to Veritex, the Automatic Stay shall be of no force or effect as to the Property in this bankruptcy case or in any other cases or proceedings subsequently commenced under the Bankruptcy Code.

13. The terms of this Order shall be effective and enforceable immediately upon entry, notwithstanding Bankruptcy Rule 4001(a)(3) or any similar provisions of the Bankruptcy Code or Bankruptcy Rules.

10765351 v1 (70859.00050.000)

- 3 -

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### END OF ORDER ###