United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | ) ) ) | Case No. 24-32143 |
| Debtor. | ) ) ) | **Re: Docket No. 3** |

**INTERIM ORDER GRANTING VERITEX COMMUNITY BANK'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY LOCATED AT 50 BRIAR HOLLOW LANE, HOUSTON, TEXAS 77027**

Upon the *Emergency Motion for Relief from the Automatic Stay* [Dkt. No. 3] (the "Motion")[1] filed by Veritex Community Bank ("Veritex"), pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with respect to real property located at **50 Briar Hollow Lane, Houston, Texas 77027** (the "Property"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334; and this Court having found that, based on the allegations in the Motion, ex parte interim relief is appropriate;

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not defined herein shall have the meanings provided in the Motion unless otherwise noted.

1. Omitted.

2. Veritex is authorized to immediately take all actions necessary to post the Property for foreclosure sale on Tuesday, June 4, 2024; provided, however, that Veritex shall not foreclose on the Property absent further order of this Court terminating the automatic stay to allow such foreclosure to proceed.

3. The terms of this Order shall be effective and enforceable immediately upon entry.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

5. A final hearing on the Motion will be held on May 31, 2024 at 9:00 a.m. prevailing central time, before The Honorable Marvin Isgur, United States Bankruptcy Judge, in Courtroom 404, 515 Rusk, Houston, TX 77002.

Signed: May 10, 2024

_____
Marvin Isgur
United States Bankruptcy Judge