**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | |
| **GALLERIA WEST LOOP INVESTMENTS,** | ) | **Case No. 24-32143** |
| **LLC,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**PETITIONING CREDITOR'S WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR MAY 31, 2024 AT 9:00 A.M. CST**

The above-captioned Petitioning Creditor, Gene McCubbin d/b/a PopLabs ("PopLabs"),

files its Witness and Exhibit List for the hearing scheduled on May 31, 2024 at 9:00 a.m. prevailing

central time (the "Hearing") on Veritex Community Bank's Emergency Motion for Entry of Final

Order Granting Relief from the Automatic Stay as to the Debtor's Real Property Located at 50

Briar Hollow Lane, Houston, Texas 77027 [Dkt. No. 3].

**WITNESSES**

The Petitioning Creditor and Debtor may call the following witnesses at the Hearing:

1. **Nadyrshah ("Nick") Dhanani, individually and on behalf of Dhanani Investments,**
   **Inc.** Mr. Dhanani is a potential investor in the Debtor and may testify as to the ability
   of the Debtor to obtain financing or investment related to a potential reorganization.

2. **Rajib Batabyal,** individually and on behalf of a potential purchaser of 50 Briar Hollow.

3. **Michelle Lee**, individually and on behalf of Canaan Park, LLC a potential purchaser
   of 50 Briar Hollow.

4. **Osama Abdullatif.** Mr. Abdullatif is an individual who has caused fraudulent
   encumbrances to be filed on certain Debtor property.

5. **Steve Lewis, MAI, First Vice President of CBRE**. Mr Lewis will testify on the appraised value of 50 Briar Hollow and the authenticity of his appraisal.

6. **Charles Mansour with Fidelity Title.** Mr, Mansour shall testify as to how certain title issues are affecting the ability to obtain title insurance and allow for the assumption or resolution of Veritex's debt.

7. **Gene McCubbin.** Mr. McCubbin is a petitioning creditor.

8. **Jeff Letsos.** Mr. Letsos is the principal of Letsos Mechanical and a creditor.

9. **Ali Chaudhry.** Mr. Chaudhry is the representative of the Debtor.

10. Any witness listed or called by any other party;

11. Rebuttal witnesses as necessary; and

12. The Petitioning Creditor reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| EX. NO. | DESCRIPTION | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Appraisal Report by CRBE [Bates Labeled POPLABS 00034-00265] | | | |
| 2. | Notice of Abstracts of Judgment filed by Osama Abdullatif | | | |
| 3. | Commercial Contract between GWLI and 7 Equity Group, LLC | | | |
| 4. | Commercial Contract between GWLI and Canaan Park LLC | | | |
| 5. | Petitioning Creditor documents [Bates Labeled POPLABS 00001-00028] | | | |
| 6. | Notice of Lis Pendens | | | |
| 7. | Certificate of Insurance | | | |

2

## RESERVATION OF RIGHTS

The Petitioning Creditor reserves the right to call or to introduce one or more, or none, of

the witnesses and exhibits listed above, and further reserves the right to supplement this list prior

to the Hearing.

Dated: May 29, 2024

Respectfully submitted,

**LAW OFFICES OF KEVIN MICHAEL
MADDEN, P.L.L.C.**

By: /s/ *Kevin M. Madden*
        Kevin M. Madden
        State Bar No. 24041376
        16310 State Highway 249, Unit 1304
        Houston, Texas 77064
        Phone: 281-888-9681
        Fax:    832-538-0937
        Email : kmm@kmaddenlaw.com
        ***ATTORNEY FOR PETITIONING
        CREDITOR***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2024, a true and correct copy of the foregoing Notice and all attachments thereto was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such service in this bankruptcy case, and (ii) via email and/or first-class U.S. mail, postage prepaid, upon the following parties:

    /s/ *Kevin M. Madden*
      Kevin M. Madden