**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER.**

## NOTICE OF ABSTRACTS OF JUDGMENT

Pursuant to the TEX. PROP. CODE, the following Notice is hereby given as to the following described Judgments for the purpose of attaching to the following described real property (including improvements) located in Harris County, Texas:

Abstract of Judgment 1, a true and correct copy of Abstract of Judgment 1 recorded under Harris County Real Property Records Instrument RP-2023-464207 is attached hereto as Exhibit "A" and made a part for all purposes:

**Cause No. 2012-27197-A**

| | |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., AND OSAMA ABDULLATIF § § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. § § | |
| ALI CHOUDHRI § | OF HARRIS COUNTY, TEXAS |

Abstract of Judgment 2, a true and correct copy of Abstract of Judgment 2 recorded under Harris County Real Property Records Instrument RP-2023-464206 is attached hereto as Exhibit "B" and made a part for all purposes:

**Cause No. 2012-27197**

| | |
|---|---|
| MOKARAM LATIF WEST LOOP, LTD. § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. § § | |
| ALI CHOUDHRI AND ANGEL VALLE § | OF HARRIS COUNTY, TEXAS |

Abstract of Judgment 3, a true and correct copy of Abstract of Judgment 3 recorded under Harris County Real Property Records Instrument RP-2023-481068 is attached hereto as Exhibit "C" and made a part for all purposes:

**Cause No. 2012-27197-D**

| | |
|---|---|
| MOKARAM LATIF WEST LOOP, LTD. § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. § § | |
| ALI CHOUDHRI AND ANGEL VALLE § | OF HARRIS COUNTY, TEXAS |

Page 1 of 2

Abstract of Judgment 4, a true and correct copy of Abstract of Judgment 4 recorded under Harris County Real Property Records Instrument RP-2023-464208 is attached hereto as Exhibit "D" and made a part for all purposes:

Cause No. 2017-50232

| | | |
|---|---|---|
| **OSAMA ABDULLATIF** | § § | IN THE 333RD JUDICIAL DISTRICT COURT |
| vs. | § § | |
| **JETALL COMPANIES, INC. ET AL** | § | OF HARRIS COUNTY, TEXAS |

Properties affected (including, but not limited to):

All that certain 3.1708 acres of land out of Lot 9, Roy B Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAINS'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P. filed in the Official Public Records of Harris County, Texas at Clerk File No X-927647, Film Code No. 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, and being more particulary described by metes and bounds in Exhibit "A"

**STATE OF TEXAS**   §
                     §
**COUNTY OF HARRIS**
                     §

BEFORE ME the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared   Osama Abdullatif (the "Affiant"), who, being first duly sworn, upon his oath state(s):

1. "I am making this Notice for the purpose of recording the Abstract of Judgments attached hereto as Exhibits "A", "B", "C", and "D" and made a part for all purposes and for the indexing of said Abstracts of Judgment against the Property which is owned or has been owned by "GALLERIA WEST LOOP INVESTMENTS, LLC, BDFI, LLC, GALERIA WEST LOOP INVESTMENTS GP, LLC, 50 BH, LLC, 50 BH GP, LLC, 50 BRIAR HOLLOW LLC, , BRIAR BUILDING HOUSTON, LLC all of which we contend is an alter ego of ALI CHOUHDRI, et al." currently in litigation in State and Federal court.

Printed Name:   Osama Abdullatif

**STATE OF TEXAS**   §
                     §
**COUNTY OF HARRIS**  §

Title:   Affiant

Date:   February 14, 2024

The foregoing instrument was acknowledged before me, the undersigned notary, on the 14th day of February, 2024 by   Osama Abdullatif



P B MENDEZ
Notary ID #125173015
My Commission Expires
January 21, 2025

Notary Public State of Texas
P. B. Mendez
My Commission Expires  1-21-25

Page 2 of 2

POPLABS 00324

## EXHIBIT A

All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAIN'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P., filed in the Official Public Records of Harris County, Texas at Clerk File No. X-927647, Film Code No. 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, and being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8" iron rod marking the southeast corner of the end of Emmet Lane (30' wide) also being the most southerly southwest corner of Briar Hollow, according to the plat thereof filed at Volume 32, Page 61 Harris County Map Records;

THENCE S 89° 56' OCT' E - 457.91 ', with the south line of said Briar Hollow, to a found 5/8" iron rod with cap for corner;

THENCE along the centerline meanders of Briar Hollow Gully the following ten (10) courses and distances:

S 04° 18' 21" W - 75.54' to a found 5/8" iron rod with cap for angle point;
S 70° 53' 35" W - 28.65' to a called and found 1-1/4" iron pipe for angle point;
S 51° 01' 16" W - 71.17' to a called and found 1-1/4" iron pipe for angle point;
S 12° 39' 40" E - 80.46' to a found 5/8" iron rod with cap for angle point;
S 24° 34' 52" W - 15.47' to a found 5/8" iron rod with cap for angle point;
S 59° 41' 53" W - 15.10' to a found 5/8" iron rod with cap for angle point;
S 84° 15' 45" W - 11.90' to a found 5/8" iron rod with cap for angle point
N 65° 48' 54" W - 29.20' to a called and found 1-1/4" iron pipe for angle point;
N 89° 36' 28" W - 53.02' to a found 5/8" iron rod with cap for angle point;
S 7 4° 28' 23" W - 77 .11' to a found 5/8" iron rod with cap for corner;

THENCE N 25° 50' 33" W - 77.33', with the south line of that certain 3.2309 acre tract as described in a Substitute Trustee's Deed dated 1-3-1989 from Mark D. Stout, Substitute Trustee to New England Mutual Life Insurance Company filed in the Official Public Records of Real Property of Harris County, Texas at Clerk File No. L-995411, Film Code No. 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, to a found 5/8" iron rod with cap for corner;

THENCE N 78° 28' 22" W - 97.76', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod for angle point;

THENCE N 89° 39' 54" W - 113.14', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for angle point;

THENCE N 89° 56' 00" W - 348.00', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for corner;
THENCE N 01° 21' 00" E -140.00', with the east right-of-way line of Briar Hollow Lane (60' wide), to a found 5/8" iron rod with cap for corner;

THENCE N 45° 42' 30" E - 14.30', with a cut-back corner for Emmet Lane, to a found 5/8" iron rod for corner;

THENCE S 89° 56' OCT' E - 374.89', with the south right-of-way line of said Emmet Lane, to the POINT OF BEGINNING and containing 3.1708 acres (138,119 square feet) of land, more or less.

EXHIBIT A TO NOTICE OF ABSTRACT OF JUDGMENT

RP-2024-52182

UNOFFICIAL COPY

POPLABS 00325

```
RP-2023-464207
12/11/2023  ER  $18.00
```

RP-2024-52182
RP-2023-464207

## ABSTRACT OF JUDGMENT

### CAUSE NO. 2012-27197-A

### RECEIPT NO. 1015149

| | |
|---|---|
| **MOKARAM-LATIF WEST LOOP, LTD, AND OSAMA ABDULLATIF** | **IN THE DISTRICT COURT** |
| VS | **OF HARRIS COUNTY, TEXAS** |
| **ALI CHOUDHRI** | **333RD JUDICIAL DISTRICT** |

I, MARILYN BURGESS, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 333RD DISTRICT COURT on the 23RD day of OCTOBER, 2023 in Cause No. 2012-27197-A in favor of OSAMA ABDULLATIF, Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| **ALI CHOUDHRI**<br>1001 WEST LOOP SOUTH SUITE 700<br>HOUSTON TX 77027 | 1/24/1980 | XXXXX818 | XXX-XX-X681 |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 110975097 for the 333RD Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | $1,975,000 for Choudhri's material breach of the January 22, 2011, Settlement Agreement ("Settlement Agreement") as set forth in this Court's Order of July 15, 2014, and reconfirmed multiple times since incorporated herein; pre-judgment interest totaling $1,357,366.98 calculated at $297.60 per day through October 23, 2023, for Choudhri's breach of the Settlement Agreement; |
| Rate of Interest: | Post-judgment interest from Choudhri on the total judgment of $3,332,366.98 at the maximum rate permitted under law (Records of this office reflect post judgment interest rate for October, 2023 to be 5%); |
| Amount of Cost: | Plaintiff's Recoverable Costs: $3,109.75; |
| Amount of Credits: | NONE; |
| Amount Due: | FULL AMOUNT; |

Given under my hand and seal of said Court at Houston, Texas this 5TH day of DECEMBER, 2023, A.D.

Issued at the request of:
RODNEY L DRINNON
MCCATHERN HOUSTON
2000 WEST LOOP S SUITE 1850
HOUSTON TX 77027

Bar No.: 24047841

MARILYN BURGESS, District Clerk
HARRIS COUNTY, TEXAS

BY _____, Deputy
KATRINA SOLOMON

**Judgment Creditor(s) Address:**
2500 WEST LOOP SOUTH SUITE 522
HOUSTON TX 77027

PJ-21  R11-12-90         EXHIBIT A

POPLABS 00326

RP-2024-52182.

RP-2023-464207
# Pages 2
12/11/2023 09:27 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $18.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

EXHIBIT A

POPLABS 00327

# ABSTRACT OF JUDGMENT

## CAUSE NO. 2012-27197

### RECEIPT NO. 1015140

| | |
|---|---|
| MOKARAM LATIF WEST LOOP, LTD. | IN THE DISTRICT COURT |
| VS | OF HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI and ANGEL VALLE | 333RD JUDICIAL DISTRICT |

I, **MARILYN BURGESS, DISTRICT CLERK** of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 333RD DISTRICT COURT on the 4TH day of AUGUST, 2022 In Cause No. 2012-27197 in favor of **OSAMA ABDULLATIF** Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| **ALI CHOUDHRI**<br>1001 WEST LOOP SOUTH SUITE 700<br>HOUSTON TX 77027 | 1/24/1980 | XXXXX818 | XXX-XX-X681 |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 103349736 for the 333RD Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Attorney Fees: | $934,074.84 in attorney's fees and costs as for successfully defending Choudhri's claims brought against him under the Texas Declaratory Judgments Act; $50,000 in attorney's fees should Ali Choudhri file a Motion for New Trial or seek a Bill of Review in this Court that is subsequently denied; $150,000 in attorney's fees should Ali Choudhri unsuccessfully appeal this matter to the First or Fourteenth District Court of Appeals; $60,000 in attorney's fees to respond to a Petition for Review filed by Choudhri with the Texas Supreme Court following an unsuccessful appeal to the First or Fourteenth District Court of Appeals; $60,000 attorney's fees should Ali Choudhri unsuccessfully appeal this matter to the Texas Supreme Court; Ali Choudhri shall pay $16,278.71 to Abdullatif representing one-half of all costs related to the appeal; |
| Amount of Cost: | No Cost Allocated; |
| Amount of Credits: | NONE; |
| Amount Due: | FULL AMOUNT; |

Given under my hand and seal of said Court at Houston, Texas this 5TH day of DECEMBER, 2023, A.D.

Issued at the request of:
RODNEY L DRINNON
MCCATHERN HOUSTON
2000 WEST LOOP S SUITE 1850
HOUSTON TX 77027

Bar No.: 24047841

MARILYN BURGESS, District Clerk
HARRIS COUNTY, TEXAS

BY _____, Deputy
LE ROY SIMMONS



**Judgment Creditor(s) Address:**
2500 WEST LOOP SOUTH SUITE 522
HOUSTON TX 77027

PJ-21   R11-12-90

**EXHIBIT B**

RP-2024-52182

RP-2023-464206
# Pages 2
12/11/2023 09:27 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $18.00

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

*Teneshia Hudspeth*
COUNTY CLERK
HARRIS COUNTY, TEXAS

EXHIBIT B

```
RP-2023-481068
12/21/2023  ER  $18.00
```

## ABSTRACT OF JUDGMENT

CAUSE NO. 2012-27197D

RECEIPT NO. 1002664

| | |
|---|---|
| MOKARAM LATIF WEST LOOP, LTD., | IN THE DISTRICT COURT |
| vs. | OF HARRIS COUNTY, TEXAS |
| ALI CHOUDHRI and ANGEL VALLE, | 333RD JUDICIAL DISTRICT |
| vs. | |
| ALI MOKARAM, | |

I, MARILYN BURGESS, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 333RD DISTRICT COURT on the 7TH day of NOVEMBER, 2023 In Cause No. 2012-27197D in favor of ALI MOKARAM Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| ALI CHOUDHRI | 1/24/1980 | XXXXX818 | XXX-XX-X681 |
| DALIO HOLDINGS I, LLC AND | N/A | N/A | N/A |
| DALIO HOLDINGS II, LLC, jointly and severally, | N/A | N/A | N/A |
| 1001 WEST LOOP SOUTH SUITE 700 | | | |
| HOUSTON TX 77027 | | | |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 111260067 for the 333RD Judicial District Court of Harris County, Texas.

**Amount of Judgment:** $1,386,460.71 for actual damages as found in the Award; $250,000.00 for exemplary damages as found in the Award; $172,028.59 for pre-judgment (pre-Award) interest on actual damages from December 11, 2018, until May 5, 2021, as found in the Award; $17,719.67 for pre-judgment (pre-Award) interest on actual damages from May 6, 2021, until entry of the Award (July 27, 2021) (83 days * $213.49 per diem), as found in the Award; $332,546.83 for pre-judgment (post-Award) interest calculated at the rate of 5% compounded annually on the amount of $2,849,670.87 (all amounts in the Award except for post-Award attorneys' fees) from July 27, 2021, until October 30, 2023; pre-judgment (post-award) interest against Defendants Ali Choudhri, Dalio Holdings I, LLC and Dalio Holdings II, LLC, jointly and severally, at the per diem rate of $430.38 for each day after October 30, 2023, until this judgment is entered;

**Amount of Attorney Fees:** $603,000.00 in the Arbitration through final hearing, as found in the Award; $15,000.00 for attorneys' fees in the Arbitration for post-hearing briefing, as found in the Award; $405,461.90 for AAA administrative fees and expenses in the Arbitration, as found in the Award; $60,000.00 for attorneys' fees because Defendants did not prevail on their application to vacate the Award in the trial court; $125,000.00 for attorneys' fees because Defendants did not prevail on their appeal of this Court's confirmation of the Award and denial of Defendants' motion to vacate the Award to the Fourteenth Court of Appeals; $100,000.00 for attorneys' fees because Defendants did not prevail on their Petition for Review filed with the Supreme Court of Texas;

**Rate of Interest:** Post-judgment interest against Defendants Ali Choudhri, Dalio Holdings I, LLC and Dalio Holdings II, LLC, jointly and severally, at the rate of 5% compounded annually on all amounts awarded to Mokaram in this judgment from the date this judgment is entered until
such amounts are paid ($3,437,951.97 plus any additional per diem interest), including without limitation, for actual damages, exemplary damages, attorneys' fees, costs, expenses, AAA costs, pre-award interest and pre-judgment interest;

**Amount of Cost:** Plaintiff's Recoverable Costs: $365.00;

**Amount of Credits:** NONE;

**Amount Due:** FULL AMOUNT;

Given under my hand and seal of said Court at Houston, Texas this 8TH day of DECEMBER, 2023. A.D.

Issued at the request of:
GRAY REED
D SCOTT FUNK
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056

Bar No.: 07550900

MARILYN BURGESS, District Clerk
HARRIS COUNTY, TEXAS

BY _____, Deputy
LE ROY SIMMONS

Judgment Creditor(s) Address:
1300 POST OAK BLVD SUITE 2000
HOUSTON TX 77056

PJ-21  R11-12-90

**EXHIBIT C**

UNOFFICIAL COPY

RP-2023-481068
# Pages 2
12/21/2023 02:34 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees  $18.00

RP-2024-52182_3

**RECORDERS MEMORANDUM**
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

EXHIBIT C



POPLABS 00331

## ABSTRACT OF JUDGMENT

CAUSE NO. 2017-50232

RECEIPT NO. 1015152

OSAMA ABDULLATIF

VS

JETALL COMPANIES, INC. ET AL

IN THE DISTRICT COURT

OF HARRIS COUNTY, TEXAS

333RD JUDICIAL DISTRICT

I, MARILYN BURGESS, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 333RD DISTRICT COURT on the 31ST day of JULY, 2023 In Cause No. 2017-50232 in favor of **OSAMA ABDULLATIF** Judgment Creditor(s), in Judgment, vs.

JUDGMENT DEBTOR(S)

| | DOB | TDL | SS# |
|---|---|---|---|
| **ALI CHOUDHRI**<br>1001 WEST LOOP SOUTH SUITE 700<br>HOUSTON TX 77027 | 1/24/1980 | XXXXX818 | XXX-XX-X681 |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 109676078 for the 333RD Judicial District Court of Harris County, Texas.

Amount of Judgment: pre-judgment interest in the amount of $161,087.47 ($111.71) per day) on attorney's fees through July 20, 2023; pre-judgment interest in the amount of $82,186.39 (49.48) per day on expenses for the period beginning January 1, 2019, ending July 20, 2023;

Amount of Attorney Fees: $741,343.59; $328,367.79 in costs and expenses incurred in successfully prosecuting and defending his claims for declaratory judgment in Cause Numbers 2017-44151 and 2017-50232;

Rate of Interest: post-judgment interest at the maximum rate permitted under the law from Choudhri which is currently 5.5% per annum;

Amount of Cost: No Cost Allocated;

Amount of Credits: NONE;

Amount Due: FULL AMOUNT;

Given under my hand and seal of said Court at Houston, Texas this 5TH day of DECEMBER, 2023, A.D.

Issued at the request of:
RODNEY L DRINNON
MCCATHERN HOUSTON
2000 WEST LOOP S SUITE 1850
HOUSTON TX 77027

Bar No.: 24047841

MARILYN BURGESS, District Clerk
HARRIS COUNTY, TEXAS

BY _____, Deputy
LE ROY SIMMONS

**Judgment Creditor(s) Address:**
2500 WEST LOOP SOUTH SUITE 522
HOUSTON TX 77027



PJ-21   R11-12-9

EXHIBIT D

POPLABS 00332

RP-2023-464208
# Pages 2
12/11/2023 09:27 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $18.00

RP-2024-52182

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

EXHIBIT D

POPLABS 00333

RP-2024-52182
# Pages 12
02/15/2024 08:21 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees  $65.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

POPLABS 00334