## FW: and these three from this year

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>

Tue 5/21/2024 10:31 AM

To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

📎 3 attachments (1,022 KB)

Jetall INV8 - 3192 UNPAID - Monthly Svc Fee 05-05-24.pdf; Jetall INV8 - 3191 UNPAID - Monthly Svc Fee 04-05-24.pdf; Jetall INV8 - 3190 UNPAID - Monthly Svc Fee 03-05-24.pdf;

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:27 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: and these three from this year

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Tue, May 21, 2024 at 10:15 AM
Subject: Fwd: and these three from this year
To: Kevin Madden <kmaddenlaw@gmail.com>

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Tue, May 7, 2024 at 2:17 AM
Subject: and these three from this year
To: Scarlet MacGeorge <scarlet.m@jetallcompanies.com>

Gene McCubbin
President
(cell) 832-646-9741

# Invoice 3192

May -
Monthly Retainer & Service Fees



**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Galleria West Loop
Investments LLC –
50 Briar Hollow

**Date**

May 05 2024

### Description

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Monthly Retainer & Service Fees | 1 | | USD 5,000.00 |

| | |
|---|---|
| Sub Total | USD 5,000.00 |
| Sales Tx (8.25%) | 0 |
| **Total** | **USD 5,000.00** |
| **Paid to Date** | **USD 0.00** |



| Balance | |
|---|---|
| | **USD  5,000.00** |

**DUE ON RECEIPT**

Please make checks payable to:
Gene McCubbin

* Late fees of 10% due if not paid within 14 days of invoice
20% if paid more than 45 days late

**Email:** gene@poplabs.com

**Powered by**
invoicely

# Invoice 3191

April -
Monthly Retainer & Service Fees



**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Galleria West Loop
Investments LLC -
50 Briar Hollow

**Date**
April 05 2024

**Description**

| | Quantity | Rate | Amount |
|---|---|---|---|
| Monthly Retainer & Service Fees | 1 | | USD 5,000.00 |

| | |
|---|---|
| Sub Total | USD 5,000.00 |
| Sales Tx (8.25%) | 0 |
| **Total** | **USD 5,000.00** |
| **Paid to Date** | **USD 0.00** |



Balance

USD 5,000.00

**DUE ON RECEIPT**

Please make checks payable to:
Gene McCubbin

\* Late fees of 10% due if not paid within 14 days of invoice
20% if paid more than 45 days late

**Email:** gene@poplabs.com

**Powered by**
invoicely

# Invoice 3190



### March -
## Monthly Retainer & Service Fees

**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Galleria West Loop
Investments LLC -
50 Briar Hollow

**Date**

March 05 2024

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Monthly Retainer & Service Fees | 1 | | USD 5,000.00 |

| | |
|---|---|
| Sub Total | USD 5,000.00 |
| Sales Tx (8.25%) | 0 |
| **Total** | **USD 5,000.00** |
| **Paid to Date** | **USD 0.00** |

**DUE ON RECEIPT**

Please make checks payable to:
Gene McCubbin

* Late fees of 10% due if not paid within 14 days of invoice
20% if paid more than 45 days late



| Balance | |
|---|---|
| | **USD 5,000.00** |

**Email:** gene@poplabs.com

**Powered by**
invoicely

# Invoice 3181

 poplabs

Seven (7) promoted press releases through Tier 2 News / PR

**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Jetall
Houston, TX, 77027
United States

**Invoice No.**
INV-3181

**Date**
May 28 2023

**Invoice Due**
May 28 2023

**Description**

| | Quantity | Rate | Amount |
|---|---|---|---|
| Seven (7) promoted press releases through Tier 2 News / PR | 7 | 500.00 | USD 3500.00 |

* Determining Your Investment Property's Cash Flow Potential
* Evaluating Investment Property Types - Commercial Real Estate
* 10 Basic Steps to Conduct a Market Analysis
* Online & Offline Sources to Learn About Real Estate Investing
* Top Real Estate Strategies for Long Term Wealth Building
* How Does Inflation Impact Commercial Real Estate Property Owners
* Kelly Williams New Hire Announcement

| | |
|---|---|
| Sub Total | USD 3500.00 |
| Sales Tx (8.25%) | 288.75 |
| **Total** | **USD 3,788.75** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | USD 3,788.75 |

**Email:** gene@poplabs.com

**Powered by**
 invoicely

# Invoice 3182



Seven (7) promoted press releases through Tier 2 News / PR

**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Jetall
Houston, TX, 77027
United States

**Invoice No.**
INV-3182

**Date**
July 30 2023

**Invoice Due**
July 30 2023

**Description**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Seven (7) promoted press releases through Tier 2 News / PR | 7 | 500.00 | USD 3500.00<br>- (500.00) |

-- Press Releases--NEW PRICING $400+25%= $500 per unit
* Importance of Location in Industrial Real Estate
* Essential Metrics for Smart Decision-Making when Evaluating an Investment Property
* Multi-Family Real Estate Investing - Ten Points to Remember
* How to Stage Your Home for a Quick Sale
* The benefits of owning vs renting commercial properties.
* The Top Benefits of Commercial Property in Your Investment Portfolio
* Top Home Renovations that Add Value

## CREDIT FROM K WILLIAMS PR -($500)

| | |
|---|---|
| Sub Total | USD 3000.00 |
| Sales Tx (8.25%) | 247.50 |
| **Total** | **USD 3,247.50** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | USD 3,247.50 |

**Email:** gene@poplabs.com



Powered by
**invoicely**

# Invoice 3183

 poplabs

Seven (7) promoted press releases through Tier 2 News / PR

**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**To**

Jetall
Houston, TX, 77027
United States

**Invoice No.**
INV-3183

**Date**
September 19 2023

**Invoice Due**
September 19 2023

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Six (6) short-form videos filmed and edited | 6 | 100.00 | USD 600.00 |

* --Videos--
* SF2 Understanding Commercial Real Estate (JM)
* SF3 Legal Considerations for New Investors (JM)
* SF4 Financing Options for Newbs (JM)
* SF5 Commercial Leases 101 (JM)
* SF6 Due Diligence 101 (JM)

| | |
|---|---|
| Sub Total | USD 600.00 |
| Sales Tx (8.25%) | 49.50 |
| **Total** | **USD 649.50** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 649.50** |

**Email:** gene@poplabs.com

 **Powered by** invoicely

## FW: Galleria Bankruptcy GAL3050

**kmm kmaddenlaw.com <kmm@kmaddenlaw.com>**
Tue 5/21/2024 10:31 AM
To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

📎 1 attachments (17 KB)
Copy of Inquiry - Aging - Unpaid Status GAL3050 Statement May 6th, 2024.xlsb;

---

**From:** kmaddenlaw <kmaddenlaw@gmail.com>
**Sent:** Tuesday, May 21, 2024 10:23 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: Galleria Bankruptcy GAL3050

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Gene McCubbin <gmccubbin@poplabs.com>
Date: 5/21/24 10:16 AM (GMT-06:00)
To: Kevin Madden <kmaddenlaw@gmail.com>
Subject: Fwd: Galleria Bankruptcy GAL3050

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Sindy Pahmiyer** <sindy.pahmiyer@firetron.com>
Date: Mon, May 6, 2024 at 2:57 PM
Subject: RE: Galleria Bankruptcy GAL3050
To: Gene@PopLabs.com <Gene@poplabs.com>

Hi Gene,

Thank you for reaching out to me this afternoon.  Per our conversation, I am attaching a statement for your knowledge.

Please let me know what else you will need to get this going.

Best regards,



**Click or Scan**
To Learn More!

Qr code Description automatically generated

**Sindy Pahmiyer**
*Senior Collections Specialist*

O: **(800)575-TRON**

O: **(281)499-1500**

D: **(281)403-4287**

POPLABS 00010

| Customer | Status Type | Status Date | Status | Invoice | Outstanding Amount |
|----------|-------------|-------------|--------|---------|--------------------:|
| GAL3050 | Invoice | 12-13-2022 | Unpaid | SM214542 | 3,550.00 |
| GAL3050 | Invoice | 1-19-2023 | Unpaid | SM217423 | 827.94 |
| GAL3050 | Invoice | 1-23-2023 | Unpaid | SM217611 | 6,300.15 |
| GAL3050 | Invoice | 1-24-2023 | Unpaid | SM217816 | 4,041.65 |
| GAL3050 | Invoice | 1-26-2023 | Unpaid | SM218037 | 395.11 |
| GAL3050 | Invoice | 3-14-2023 | Unpaid | SM221575 | 6,556.62 |
| GAL3050 | Invoice | 3-14-2023 | Unpaid | SM221614 | 7,101.20 |
| GAL3050 | Invoice | 3-27-2023 | Unpaid | SM222667 | 567.67 |
| GAL3050 | Invoice | 5-11-2023 | Unpaid | SM226581 | 12,746.44 |
| GAL3050 | Invoice | 5-12-2023 | Unpaid | SM226658 | 7,336.76 |
| GAL3050 | Invoice | 5-30-2023 | Unpaid | SM228090 | 700.00 |
| GAL3050 | Invoice | 6-01-2023 | Unpaid | SM228420 | 330.16 |
| GAL3050 | Invoice | 6-10-2023 | Unpaid | SM229187 | 10,446.13 |
| GAL3050 | Invoice | 6-21-2023 | Unpaid | SM229982 | 300.00 |
| GAL3050 | Invoice | 6-26-2023 | Unpaid | SM230392 | 1,300.00 |
| | | | | | **$62,499.83** |

POPLABS 00011

**FW: this is my email address**

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
Tue 5/21/2024 10:32 AM
To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

📎 1 attachments (400 KB)
20240506170256500.pdf;

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:28 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: this is my email address

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Tue, May 21, 2024 at 10:17 AM
Subject: Fwd: this is my email address
To: Kevin Madden <kmaddenlaw@gmail.com>

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Mark Letsos** <mletsos@letsos.com>
Date: Mon, May 6, 2024 at 5:15 PM
Subject: RE: this is my email address
To: gene@poplabs.com <gene@poplabs.com>

Here you go.

POPLABS 00012

Thanks,



**Mark S. Letsos**
CFO
Letsos Company

| | |
|---|---|
| 📞 | 713.783.3200 \| 713.783.3201 ext.3328 |
| 📱 | 713-724-7025 |
| ✉ | mletsos@letsos.com |
| 🔗 | https://www.letsos.com |

**From:** Gene McCubbin [mailto:gmccubbin@poplabs.com]
**Sent:** Monday, May 06, 2024 4:53 PM
**To:** Mark Letsos <mletsos@letsos.com>
**Subject:** Re: this is my email address

Please find attached the bankruptcy petition. Just sign and send back to me via this email address, and I will forward it to the attorney and file it tonight.

Thanks,

Gene McCubbin
President
(cell) 832-646-9741

On Mon, May 6, 2024 at 4:37 PM Mark Letsos <mletsos@letsos.com> wrote:

> Gene:
> I had your email incorrect. Thanks for calling. Please send documents to my email below. Also our mailing address is:
>
> Letsos Company
> 8435 Westglen Dr.
> Houston, Texas 77056
>
> Thanks,



**Mark S. Letsos**
**CFO**
Letsos Company

☎ 713.783.3200 | 713.783.3201 ext.3328

▯ 713-724-7025

✉ mletsos@letsos.com

🔗 https://www.letsos.com

**From:** Gene McCubbin [mailto:gmccubbin@poplabs.com]
**Sent:** Monday, May 06, 2024 4:27 PM
**To:** Mark Letsos <mletsos@letsos.com>
**Subject:** this is my email address


Gene McCubbin
President
(cell) 832-646-9741

POPLABS 00014

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____   Chapter _____

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | Check one:<br><br>☐ Chapter 7<br>☒ Chapter 11 |

## Part 2:   Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | Galleria Loop Noteholder, LLC |

| | |
|---|---|
| 3. **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | 50 Briar Hollow |

| | |
|---|---|
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☐ Unknown<br><br>EIN __ __ – __ __ __ __ __ __ __ |

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 1001 W. Loop South<br>Number       Street | Number       Street |
| | P.O. Box |
| Houston                     TX      77027<br>City                             State    ZIP Code | City                             State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris<br>County | Number       Street |
| | City                             State    ZIP Code |

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

POPLABS 00015

Debtor  Galleria Loop Noteholder, LLC
_____
Name

Case number (if known)_____

---

**6. Debtor's website (URL)**   www.jetallcompanies.com

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____  Relationship _____

District _____ Date filed _____
MM / DD / YYYY
Case number, if known_____

Debtor _____  Relationship _____

District _____ Date filed _____
MM / DD / YYYY
Case number, if known_____

---

**Part 3:   Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

POPLABS 00016

Debtor  Galleria Loop Noteholder, LLC
        _____
        Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | EAO Global LLC (dba PopLabs) | Advertising | $ 32,665.75 |
| | Firetron, Inc. | Sprinkler systems | $ 31,859.49 |
| | Letsos Mechanical | HVAC | $ 32,238.97 |
| | | Total of petitioners' claims | $ 96,764.21 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:**   **Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

EAO Global, LLC (dba PopLabs)
_____
Name

PO Box 79214
_____
Number     Street

Houston                    TX        77279
_____
City                       State     ZIP Code

Name and mailing address of petitioner's representative, if any

Gene McCubbin
_____
Name

14315 Briarhills Pkwy
_____
Number     Street

Houston                    TX        77077
_____
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/06/2024
             MM  / DD / YYYY

x  _gene mccubbin_
_____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number     Street

_____
City                       State     ZIP Code

_____
Contact phone          Email

_____
Bar number

_____
State

x  _____
Signature of attorney

Date signed  _____
             MM  / DD / YYYY

POPLABS 00017

Debtor  __Galleria Loop Noteholder, LLC_____     Case number (If known)_____
          Name

**Name and mailing address of petitioner**

Firetron, Inc
Name

PO Box 1604
Number   Street

Stafford                          TX              77497
City                             State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
               MM / DD / YYYY

✂ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                          State        ZIP Code

Contact phone _____  Email _____

Bar number _____

State        _____

✂ _____
Signature of attorney

Date signed _____
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Letsos Company Mechanical Contractors
Name

8435 Westglen Dr.
Number   Street

Houston                          TX              77063
City                             State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Letsos
Name

_____
Number   Street

_____
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/6/2024
               MM / DD / YYYY

✂ _Mark Letsos_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                          State        ZIP Code

Contact phone _____  Email _____

Bar number _____

State        _____

✂ _____
Signature of attorney

Date signed _____
               MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

POPLABS 00018

## FW: please process this PR fee reimbursement

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
Tue 5/21/2024 10:32 AM
To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:30 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: please process this PR fee reimbursement

old demand / collections efforts dating back to may 2023.

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Thu, Jan 4, 2024 at 3:32 PM
Subject: Re: please process this PR fee reimbursement
To: <scarlet.m@jetallcompanies.com>

Scarlet - Any updates here?  It has been over five months since I submitted this outside expense I paid for on behalf of Jetall.  Admittedly, i haven't been worried about it, but I've built up a few more invoices and am eating these expenses (not just my time).

For your purposes, any outside expenses such as this are an actual hard cost (press releases, video editing, photography, paid advertising, etc) that I invoice.  My agreement is if I incur outside expenses, they are reimbursed + 20% management fee.  I have a slew of other expenses I have been holding, so I need to get this covered, and submit the rest for 2023.

Tomorrow and over the weekend I am visiting with Ali to discuss a significant marketing initiative he requested, and a large number of items that will involve additional outside expenses, so I need to get these guys put to bed so to speak ;-)

Thanks and see you tomorrow.  I am re-attaching 3181 herein.

POPLABS 00019

Gene McCubbin
President
(cell) 832-646-9741

On Sun, May 28, 2023 at 2:50 AM Gene McCubbin <gmccubbin@poplabs.com>
wrote:

> Here is correct invoice.  Apologies...3181, seven press releases.  I will come by
> Monday if you are in the office that day.
>
> This replaces the one i sent two nights ago, as it had errors and was not for the
> correct amount of press releases.
>
>
> Thanks,
>
> Gene McCubbin
> President
> (cell) 832-646-9741
>
>
> On Fri, May 26, 2023 at 1:43 AM Gene McCubbin <gmccubbin@poplabs.com>
> wrote:
>> I will be on Monday, adn can pick up the check then...
>>
>> thanks,
>> Gene McCubbin
>> President
>> (cell) 832-646-9741

POPLABS 00020

**FW: last one**

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>

Tue 5/21/2024 10:32 AM

To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

🔗 1 attachments (279 KB)

Jetall INV6 7 - 3191 UNPAID - Monthly Svc Fee 02-05-24.pdf;

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:28 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: last one

Gene McCubbin
President
(cell) 832-646-9741

---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Tue, May 21, 2024 at 10:26 AM
Subject: last one
To: Kevin Madden <kmaddenlaw@gmail.com>

Gene McCubbin
President
(cell) 832-646-9741

# Invoice 3191

**poplabs**

May -
Monthly Retainer & Service Fees

**From**

PopLabs
po box 79214
houston, texas, 77279
United States

**Date**

Feb 05 2024

**To**

Galleria West Loop
Investments LLC -
50 Briar Hollow

**Description**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Monthly Retainer & Service Fees Dec, Jan | 2 | | USD 5,000.00 |

| | |
|---|---|
| Sub Total | USD 10,000.00 |
| Sales Tx (8.25%) | 0 |
| **Total** | **USD 10,000.00** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 10,000.00** |

**DUE ON RECEIPT**

Please make checks payable to:
Gene McCubbin

* Late fees of 10% due if not paid within 14 days of invoice
20% if paid more than 45 days late

**Email**: gene@poplabs.com



**Powered by**
**invoicely**

**FW: Charges**

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
Tue 5/21/2024 10:46 AM
To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:43 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: Charges

same string..

Gene McCubbin
President
(cell) 832-646-9741


---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Thu, Sep 14, 2023 at 12:41 PM
Subject: Re: Charges
To: <Scarlet.m@jetallcapital.com>


Do you have any additional insight to share?  I have significant overhead expenses with the team and resources assigned to do all the work.... any insight you can share would be greatly appreciated.

On Wed, Sep 13, 2023, 10:51 AM Scarlet MacGeorge <scarlet.m@jetallcompanies.com> wrote:

> Not yet please.
>
> ---
>
> **From:** Gene McCubbin <gmccubbin@poplabs.com>
> **Sent:** Wednesday, September 13, 2023 9:18 AM
> **To:** scarlet.m@jetallcompanies.com
> **Subject:** Charges
>
> Scarlett- I held off last week on processing charges.  You asked me to touch base with you when I'm about to charge the card.  As requested, reaching out.

**FW: Charges**

kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
Tue 5/21/2024 10:45 AM
To:supportstaff kmaddenlaw.com <supportstaff@kmaddenlaw.com>

---

**From:** Gene McCubbin <gmccubbin@poplabs.com>
**Sent:** Tuesday, May 21, 2024 10:43 AM
**To:** kmm kmaddenlaw.com <kmm@kmaddenlaw.com>
**Subject:** Fwd: Charges

see below...when his credit card started to hiccup.

Gene McCubbin
President
(cell) 832-646-9741


---------- Forwarded message ---------
From: **Gene McCubbin** <gmccubbin@poplabs.com>
Date: Wed, Sep 13, 2023 at 9:18 AM
Subject: Charges
To: <scarlet.m@jetallcompanies.com>


Scarlett- I held off last week on processing charges.  You asked me to touch base with you when I'm about to charge the card.  As requested, reaching out.

LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.
16310 STATE HIGHWAY 249, UNIT 1304
HOUSTON, TEXAS 77064
(P) 281-888-9681
(F) 832-538-0937
KMM@KMADDENLAW.COM

May 6, 2024

**CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**

Gene McCubbin                                          Via e-mail: gmccubbin@poplabs.com
EOA Global, LLC d/b/a PopLabs

Re:     Retention Agreement between Gene McCubbin, EOA Global, LLC d/b/a PopLabs
        and Kevin Michael Madden, Attorney at Law, P.L.L.C. (the "Agreement")

Dear Mr. McCubbin:

This Agreement is to confirm that Gene McCubbin and EOA Global, LLC d/b/a PopLabs ("Client") has retained Kevin M. Madden, Attorney at Law, P.L.L.C. ("Attorney") to represent Client in connection with the Engagement as hereinafter defined. This Agreement sets forth the terms of the Attorney's retention, and constitutes a contract between the Attorney and the Client with respect to the Attorney's legal representation of the Client in the Engagement. No other party not specifically identified herein shall be a party to this Agreement nor have any rights or responsibilities under this Agreement.

**Client[s].** The Attorney does not represent or assume any duty whatsoever to any other person or entity not identified herein as Client of the Attorney with respect to the Engagement.

**Scope of Engagement.** The Attorney will represent Client in regards to an involuntary petition in the U.S. Bankruptcy Court, Southern District of Texas filed by Petitioning Creditor EOA Global, LLC d/b/a PopLabs for Debtor, BDFI, LLC and Galleria West Loop Investments, LLC wherein Client is seeking recovery for sums owed to Client by Debtor that would be affected by the foreclosure of property owned by the Debtor.

**WAIVER OF CONFLICTS: The Client understands that the Attorney will attempt to resolve all of the issues with BDFI/GWLI ("Debtor") and any other creditors for the benefit of the Client. Further, the Client is aware that Attorney represents other parties that, along with Petitioning Creditor, are involved in litigation related to other matters involving the Debtor and/or its assigns or representatives, which are unrelated to the related property at issue in this representation. The Client also understands that the Attorney has represented Debtor in litigation against parties related to the subject matter of the current engagement with Client but will no longer be representing the Debtor in those matters and will not be representing the Debtor in the current bankruptcy matter. Any role that the Attorney takes in seeking a settlement in the bankruptcy amongst the Debtor, the Client, and any other**

creditors shall be designed to seek the most favorable outcome for the Client The Debtor has consented to the Attorney representing the Client in the current matter and has waived all conflicts. The Client, however, understands that, during the course of this representation, issues and events might create issues where their interests become adverse related to the subject matter of this or any other representation. If this situation develops, the Attorney shall withdraw from the representation of all Clients in this matter. The Client, having been informed of the potential for conflicts, expressly consents to the representation of the Attorney.

**Attorney's Fees.** Attorney shall charge the Client at the rate of $375.00 per hour for work related to the engagement. Any work performed by any legal assistant shall be charged at the rate of $150.00 per hour. A retainer in the amount of $3,500.00 is required to effectuate this retention. This retainer is not meant to represent the total fees that may be incurred. Attorney has the right to draw from the retainer to cover any unpaid fees.

**Expenses and Other Charges.** Expenses may be incurred related to the representation. Those charges include, but are not limited to, filing fees, recording fees copying charges, postage, travel, long distance charges, deposition costs, and execution fees. Attorney may, in his sole discretion, pay any necessary expenses, otherwise those expenses are the responsibility of the Client. If any expenses are paid by the Attorney, then those expenses shall be reimbursed to the Attorney out of the Client's share of any sums recovered from the Defendants.

**Billing:** Attorney may send invoices via e-mail or regular mail between the 1st and 15th of each month for expenses incurred during the previous month. The invoices must be paid within thirty (30) days of the date of receipt by Client. Any question or concerns related to the billing must be presented in writing to the Attorney before the date payment is due.

**Withdrawal.** Attorney may withdraw from this representation if a conflict develops (the Attorney has confirmed that no conflicts exist as of the date of this Agreement), if fees are not paid, or if any other circumstances prevent the effective representation of Client.

**Entire Agreement.** This Agreement sets forth the entire agreement of the parties, and may not be modified except in writing signed by all parties. There are no oral understandings or agreements of the parties, and no oral representations have been made.

**Choice of Law.** Any dispute over this Agreement shall be resolved in the Courts of Harris County, Texas with Texas law controlling.

If the foregoing terms and conditions for the Attorney's representation of Client[s] in the Engagement are acceptable, then please so indicate by executing the enclosed copy of this Agreement in the space provided below and returning it to me as soon as possible. We appreciate your business and look forward to working for you.

Very truly yours,

KEVIN MICHAEL MADDEN, ATTORNEY AT LAW, P.L.L.C.

2

POPLABS 00026

By:   /s/ *Kevin M. Madden*
Kevin M. Madden

**READ, UNDERSTOOD AND AGREED:**

GENE MCCUBBIN,

By: _____     Date: _____5/18/24_____

EOA GLOBAL, LLC D/B/A POPLABS

By: _____     Date: _____5/18/24_____

3