RP-2021-96388
02/25/2021 ER $38.00

**STATE OF TEXAS** §
§
**HARRIS COUNTY** §

**Notice of Lis Pendens**

Notice is hereby given there is pending in Harris County, Texas action and suit styled Cause No. 2015-36895, styled In the Matter of the Marriage of Hira Azhar and Mohammad Ali Choudhri. The claims in this divorce proceeding were dismissed by final judgment dated November 19, 2019. However, this lis pendens give notice that an appeal has been commenced regarding the claims in Cause no. 2015, 36895, for which notice of lis pendens of a pending appeal was deemed appropriate in World Savings Bank, F.S.B. v. Gantt, 246 S.W.3d 299, 303 (Tex. App.-Houston [14th Dist.] 2008, no pet.). An appeal of the above referenced divorce proceeding is currently pending in 01-20-00169-CV in the First Court of Appeals, which asserts Hira Azhar's community property and fraud claims as to the property noticed in this lis pendens, more commonly known as 50 BRIAR HOLLOW LANE, HOUSTON, TEXAS 77027 is more particularly described by reference to map/plat records of Harris County and by metes and bounds in Exhibit "A" ("The Property") which is attached hereto and incorporated herein for any and all purposes. Plaintiff is seeking affirmative relief related to title to and encumbrances on the Property in such a suit.

Witness my hand, this 22 day of February, 2021.

Hira Azhar

UNOFFICIAL COPY
RP-2021-96388

THE STATE OF TEXAS

COUNTY OF Harris

BEFORE ME, the undersigned notary public, on this day personally appeared HIRA AZHAR, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes therein expressed.

SWORN and SUBSCRIBED to BEFORE ME, the undersigned authority, on the 22 day of February, 2021.




Notary Public in and for the State of TEXAS

UNOFFICIAL COPY

RP-2021-96388

**NOTICE OF LIS PENDENS REGARDING PROPERTY LOCATED AT**
**50 BRIAR HOLLOW LANE, HOUSTON, TEXAS 77027**

NOTICE GIVEN BY HIRA AZHAR:

PLEASE TAKE NOTICE that this Lis Pendens is filed by HIRA AZHAR as to Ali Choudhri and the "parties affected" listed below regarding the property located at 50 Briar Hollow Lane, Houston, Texas 77027, pursuant to Tex. Prop. Code § 12.007, to provide notice of pending litigation concerning interests in real property in Harris County, Texas.

**Pending Court Proceedings**:

Cause No. 2015-36895, styled In the Matter of the Marriage of Hira Azhar and Mohammad Ali Choudhri. The claims in this divorce proceeding were dismissed by final judgment dated November 19, 2019. However, this lis pendens give notice that an appeal has been commenced regarding the claims in Cause no. 2015, 36895, for which notice of lis pendens of a pending appeal was deemed appropriate in *World Savings Bank, F.S.B. v. Gantt*, 246 S.W.3d 299, 303 (Tex. App.-Houston [14th Dist.] 2008, no pet.). An appeal of the above referenced divorce proceeding is currently pending in 01-20-00169-CV in the First Court of Appeals, which asserts Hira Azhar's community property and fraud claims as to the property noticed in this lis pendens.

**Nature of Legal Proceedings Affecting Real Property:**

The underlying legal proceedings constitute a divorce between HIRA AZHAR and MOHAMMAD ALI CHOUDHRI, also known as ALI CHOUDHRI. The purpose of the divorce action is to, among other things, obtain a division of such property between the parties, by which Hira Azhar claims a community property interest that is also subject to a fraudulent claim against any property interest held or claimed by any of the "parties affected" below.

**Parties Affected:**

Mohammed Choudhri, Ali Choudhri, Jetall Companies, Inc., 50 Briar Hollow, LLC, 50 BH GP, LLC, 2425 West Loop, LP, 2425 WL GP, LLC, Jetall/Croix .Properties, LP, Jetall/Croix, GPLLC, Texas REIT LLC, Office North Belt, LLC, Worldwide Office· Management, LLC, 2401 Fountainview Limited Partner, LLC, 2401 Fountainview Houston GP, LLC, 1001 WL GP, LLC, 1001 West Loop, LP, Jetall Investment and Realty Co., Jetall Construction & Development, GP, Inc., Jetall Lending, Inc,, Worldwide Lending Organization, LLC, Worldwide Lending Fund, LLC, 5700 Thousand Oaks, LLC, 2401 FV, LLC, 50 BH, LLC, 2425 WL, LLC, 1001 WL, LLC, Broad Acres, LLC, Shahnaz Choudhri, and Dalio Holdings I, LLC.

**Property affected**: The property affected by this notice of lis pendens has a physical address of 50 Briar Hollow Lane, Houston, Texas 77027. The legal description is follows as attached Exhibit A.

RP-2021-96388

UNOFFICIAL COPY

UNOFFICIAL COPY

Contact for additional information related to this Lis Pendens notice. You are hereby put on notice of the claims raised in the above-referenced lawsuit. Additional information regarding the claims and rights to the affected property concerning the above-referenced lawsuit may be obtained from Alan Daughtry, counsel for Hira Azhar, 3355 West Alabama, Suite 444, Houston, Texas 77098, with telephone number: 281-300-5202.

THE STATE OF TEXAS

COUNTY OF Harris

BEFORE ME, the undersigned notary public, on this day personally appeared HIRA AZ,HAR, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes therein expressed.

Hira Azhar

SWORN and SUBSCRIBED to BEFORE ME, the undersigned authority, on the 22 day of February, 2021.




Notary Public in and for the State of TEXAS

When recorded, please return this instrument to:
Alan Daughtry
3355 W. Alabama, Ste. 444
Houston, Texas 77098

RP-2021-96388

UNOFFICIAL COPY

RP-2021-96388

**EXHIBIT "A"**

All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 12-29-1994 from 50 B.H. Inc. to BNS Buildings, Inc., filed in the Official Public Records of Harris County, Texas at Clerk File No. R208710, Film Code No. 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, and being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8 inch iron rod marking the southeast corner of the end of Emmet Lane (30 feet wide) also being the most southerly southwest corner of Briar Hollow, according to the plat thereof filed at Volume 32, Page 61 Harris County Map Records;

THENCE S 89 degrees 56 minutes 00 seconds E-457.91 feet, with the south line of said Briar Hollow, to a found 5/8 inch iron rod with cap for corner;

THENCE along the centerline meanders of Briar Hollow Gully the following ten (10) courses and distances:

S 04 degrees 18 minutes 21 seconds W-75.54 feet to a found 5/8 inch iron rod with cap for angle point;

S 70 degrees 53 minutes 35 seconds W-28.65 feet to a called and found 1-1/4 inch iron pipe for angle point;

S 51 degrees 01 minutes 16 minutes W-71.17 feet to a called and found 1-1/4 inch iron pipe for angle point;

S 12 degrees 39 minutes 40 seconds E-80.46 feet to a found 5/8 inch iron rod with cap for angle point;

S 24 degrees 34 minutes 52 seconds W-15.47 feet to a found 5/8 inch iron rod with cap for angle point;

S 59 degrees 41 minutes 53 seconds W-15.10 feet to a found 5/8 inch iron rod with cap for angle point;

S 84 degrees 15 minutes 45 seconds W-11.90 feet to a found 5/8 inch iron rod with cap for angle point;

N 65 degrees 48 minutes 54 seconds W-29.20 feet to a called and found 1-1/4 inch iron pipe for angle point;

N 89 degrees 36 minutes 28 seconds W-53.02 feet to a found 5/8 inch iron rod with the cap for angle point;

S 74 degree 28 minutes 23 seconds W-77.11 feet to a found 5/8 inch iron rod with cap for corner;

THENCE N 25 degrees 50 minutes 33 seconds W-77.33 feet, with the south line of that certain 3.2309 acre tract as described in a Substitute Trustee's Deed dated 1-3-1989 from Mark D. Stout, Substitute Trustee to New England Mutual Life Insurance Company filed in the Official Public Records of Real Property of Harris County, Texas at Clerk File No. L995411, Film Code No. 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, to a found 5/8 inch rod with cap for corner;

THENCE N 78 degrees 28 minutes 22 seconds W-97.76 feet, continuing with the south line of said 3.2309 acre tract, to a found 5/8 inch iron rod for angle point;

THENCE N 89 degrees 39 minutes 54 seconds W-113.14 feet, continuing with the south line of said 3.2309 acre tract, to a found 5/8 inch iron rod with cap for angle point;

THENCE N 89 degrees 56 minutes 00 seconds W-348.00 feet, continuing with the south line od said 3.2309 acre tract, to a found 5/8 inch iron rod for corner;

UNOFFICIAL COPY

THENCE N 01 degrees 21 minutes 00 seconds E-140.00 feet, with the east right-of-way line of Briar Hollow Lane (60 feet wide), to a found 5/8 inch iron rod with cap for corner;

THENCE N 45 degrees 42 minutes 30 seconds E-14.30 feet, with a cut-back corner for Emmet Lane, to a found 5/8 inch iron rod for corner;

THENCE S 89 degrees 56 minutes 00 seconds E-374.89 feet, with the south right-of-way line of said Emmet Lane, to the POINT OF BEGINNING and containing 3.1708 acres (138,119 square feet) of land, more or less.

RP-2021-96388

UNOFFICIAL COPY

RP-2021-96388
Pages 7
02/25/2021 10:47 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $38.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.




Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

RP-2021-96388