# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 1/18/2024

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY:** Higginbotham Insurance Agency, Inc.
11700 Katy Freeway, Suite 1100
Houston, TX 77079

**PHONE (A/C, No, Ext):** 713-952-9990
**License#:** 2081754
**FAX (A/C, No):** 713-952-9939
**E-MAIL ADDRESS:**
**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY:** Axis Surplus Insurance Company

**INSURED:** Galleria West Loop Investments, LLC
1001 West Loop South #700
Houston TX 77027

**LOAN NUMBER:**
**POLICY NUMBER:** P00100134808201
**EFFECTIVE DATE:** 01/14/2024
**EXPIRATION DATE:** 01/14/2025
**CONTINUED UNTIL TERMINATED IF CHECKED:**
**THIS REPLACES PRIOR EVIDENCE DATED:** 1/18/2024

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION:**
RE: 50 BRIAR HOLLOW LN, HOUSTON, TX 77027

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED: BASIC [ ]   BROAD [ ]   SPECIAL [X]

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Building - RC* | 30,690,150 | 25,000 |
| Earthquake | Excluded | |
| Flood | Excluded | |
| Named Storm | 2,500,000 | 5% / $100,000 |

**REMARKS (Including Special Conditions):**
*ACV on roofs 15 years and older.
$100,000 water damage deductible applies to building #2.

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS:**
Veritex Community Bank
Insurance Services Center
PO Box 863329
Plano, TX 75086
United States

ADDITIONAL INSURED [ ]   LENDER'S LOSS PAYABLE [ ]   LOSS PAYEE [X]
MORTGAGEE [ ]
**LOAN #:**
**AUTHORIZED REPRESENTATIVE:** [signature]

ACORD 27 (2016/03)   © 1993-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD