### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | ) Case No. 24-32143 |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of himself, Ali Choudhri, and, pursuant to Bankruptcy Rules 2002, 9007 and 9010 *inter alia*, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be given to and served upon:

**ALI CHOUDHRI**
2425 West Loop Street, 11th Floor
Houston TX 77027
Tel: (832) 403-3276
ali@jetallcapital.com

DATED: May 30, 2024

                                                Respectfully submitted,

By:   */s/ Ali Choudhri*
        Ali Choudhri
        2425 West Loop Street, 11th Floor
        Houston TX 77027
        Tel: (281) 630-6627
        **ON BEHALF OF ALI CHOUDHRI**

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on May 30, 2024 a true and correct copy of the foregoing document was served via the courts electronic noticing system.

                                                */s/ Ali Choudhri*
                                                Ali Choudhri