# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | ) Case No. 24-32143 |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## JOINT MOTION TO DISMISS CHAPTER 11 BANKRUPTCY AND FOR ENTRY OF ORDER OF DISMISSAL

Petitioning Creditor, Gene McCubbin d/b/a PopLabs ("PopLabs") and Debtor Galleria West Loop Investments, LLC files this Joint Motion to Dismiss Chapter 11 case.

At the hearing on creditor Veritex Bank's Emergency Motion to Lift Stay, the Court indicated that there was nothing for the Court to resolve related to the Motion to Lift Stay because of previous orders from the Western District of Texas that affected this Court's jurisdiction.

It is the understanding of the Petitioning Creditor and the Debtor based on the statements of the Court at the hearing and its subsequent orders that the current bankruptcy should be dismissed.

Therefore, Petitioning Creditor and the Debtor jointly move to dismiss the current Chapter 11 bankruptcy case.

Dated: June 4, 2024

        Respectfully submitted,

        **LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.**

        By: /s/ *Kevin M. Madden*
            Kevin M. Madden
            State Bar No. 24041376
            16310 State Highway 249, Unit 1304
            Houston, Texas 77064
            Phone: 281-888-9681
            Fax:   832-538-0937
            Email : kmm@kmaddenlaw.com
            ***ATTORNEY FOR PETITIONING CREDITOR***

        AND

        **AZHAR CHAUDHARY LAW FIRM, PC**

        By: /s/ Azhar Chaudhary
            Azhar Chaudhary
            State Bar No. 24082804
            440 Louisiana Street, Suite 948
            Houston, Texas 77002
            Phone: 281-265-1010
            Email: amc.gulc@gmail.com
            ***ATTORNEY FOR DEBTOR***

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 4, 2024, a true and correct copy of the foregoing Notice and all attachments thereto was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such service in this bankruptcy case, and (ii) via email and/or first-class U.S. mail, postage prepaid, upon the following parties:

        /s/ *Kevin M. Madden*
        Kevin M. Madden