United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-32143 |
| GALLERIA WEST LOOP | § | |
| INVESTMENTS, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DENYING MOTION TO DISMISS

The joint motion to dismiss filed at ECF No. 48 is denied.

SIGNED 06/10/2024

_____
Marvin Isgur
United States Bankruptcy Judge