United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | § | CASE NO. 24-32143 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

### ORDER FOR RELIEF
### AND
### CONVERTING CASE TO CHAPTER 7 CASE

On May 6, 2024, Petitioning Creditor Gene McCubbins dba PopLabs filed the Involuntary Petition, as a Chapter 11 case, seeking entry of an Order for Relief, pursuant to 11 U.S.C. § 303. The Debtor's sole asset, a commercial office building located at 50 Briar Hollow Lane, Houston, Texas, was foreclosed on June 4, 2024. On June 26, 2024, the Court held a hearing on its Show Cause Order requiring the parties to show cause why this case should not be converted to a case under chapter 7. Counsel for both Debtor and the Petitioning Creditor appeared and announced neither party opposed entry of this Order for Relief or the conversion to Chapter 7 case. Accordingly, in consideration of the representations by Debtor and the Petitioning Creditor, it is hereby

1. **ORDERED** that relief under 11 U.S.C. § 303 is **GRANTED** against Debtor Galleria West Loop Investments, LLC; and it is further

2. **ORDERED** that is case is hereby **CONVERTED** to a case under Chapter 7 of the Bankruptcy Code; and it is further

3. **ORDERED** that Debtor Galleria West Loop Investments, LLC shall file complete and accurate Schedules, a Statement of Financial Affairs, and List of Creditors **no later than 5:00 p.m. (CST) June 28, 2024**.

Signed: June 26, 2024

_____
Marvin Isgur
United States Bankruptcy Judge