United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | Case No. 24-32143 |
| | | Chapter 11 |
| GALLERIA WEST LOOP INVESTMENTS, LLC | § § § | |
| Debtor. | § | |

United States Courts
Southern District of Texas
F I L E D
JUN 17 2024
Nathan Ochsner, Clerk of Court

**MOTION FOR RECONSIDERATION OR MODIFICATION**
(Re: Docket No 44)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Ali Chaudhri, creditor appearing pro se, and files this motion to

**DENIED.**

Signed: July 10, 2024

Marvin Isgur
United States Bankruptcy Judge

NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

1

1. Relief Sought. The Movant seeks re-consideration of an order issued by the Honorable Court on June 4, 2024, declaring that the automatic stay did not apply to this case, and that Veritex may foreclose on the property on June 4 or anytime thereafter and may otherwise enforce its lien for reasons identified below.

2. Court held an emergency hearing on Friday May 31, 2024 at 9:00 am.

3. On 5/30/24 Movant filed a pro se appearance (ECF 42), and also filed a claim (Claim No 7).

4. Movant then attempted to attend the hearing on his own behalf as a creditor.

5. During the hearing, Court muted the movant and he was no longer able to participate.

6. Court appears to have authorized a foreclosure by Veritex with no reference to state law requirements for foreclosure, and movants interests are impaired by that ruling.

7. It is Movant's understanding that the notices for foreclosure was not sent in accordance with state law, and checking USPS website on the Certified Mail receipts filed into the Court record Veritex provides no record whatsoever of those mailings.

8. Since the language of the order explicitly authorized Veritex to foreclose on or the very day the order was signed, it presented Movant with no opportunity to bring relevant facts to attention of this Court since he was not allowed to speak in the hearing after half way and was not afforded due process.

9. The Agreed Order was based on an agreement reached between Galleria West Loop Investments, LLC and Veritex Bank, and cannot impair the rights of creditors that were not a party to the agreement or became creditors subsequently.

10. Movant respectfully requests that the Honorable Court reconsider Sections 1, and 2 of its Order (ECF No. 44) that relate to the stay and the foreclosure authorization.

**WHEREFORE,** the Movant prays that the Court reconsider its Order ECF No. 44 stating no stay was in effect and that Veritex may foreclose on after June 4, 2024, which may not be done in violation of state law.

> Respectfully submitted,
> */s/ Ali Choudhri*
> Ali Choudhri, Pro Se
> 2425 West Loop South, 11th Floor
> Houston, TX 77027
> Tel: 281-630-6627
> ali@jetallcapital.com

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on June 17, 2024 a true and correct copy of the foregoing document was submitted to Court's electronic noticing system.

> /s/ Ali Choudhri
> Ali Choudhri

3