United States Courts
Southern District of Texas
FILED

JUL 12 2024

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GALLERIA WEST LOOP INVESTMENTS, LLC | § § § § § § § CASE NO. 23-32143 (MI) <br><br> CHAPTER 7 |

### OBJECTION TO APPOINTMENT OF CHAPTER 7 TRUSTEE

Ali Choudhri ("Choudhri"), in his capacity as a creditor files this objection to the Appointment RONALD J. SOMMERS as Chapter 7 Trustee ( Docket #81) and would show this court as follows:

1. On June 26, 2024 this Court converted this case to Chapter 7 on its own motion after a show cause hearing (ECF 79)

2. On June 27, 2024 US Trustee filed Notice of Appointment of Chapter 7 Trustee (ECF 81)

3. Creditor Ali Choudhri now timely files this objection to Appoint of Ronald J Sommers as Chapter 7 Trustee in this case.

4. Creditor Choudhri has a past, present and ongoing conflict with Mr. Summers that would not qualify him as a disinterested person under the Bankruptcy Code.

Dated: July 12, 2024

Respectfully submitted,

*/s/ Ali Choudhri*
**Ali Choudhri, Pro Se**
2425 West Loop South, 11th Floor
Houston, TX 77027
ali@jetallcapital.com

## CERTIFICATE OF SERVICE

I certify that on July 12, 2024, I caused a copy of the foregoing document to be delivered to the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Ali Choudhri*
Ali Choudhri