IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| GALLERIA WEST LOOP INVESTMENTS, LLC, | ) Case No. 24-32143 |
| | ) Chapter 7 |
| Debtor. | ) |

## PETITIONING CREDITOR, GENE MCCUBBIN D/B/A POPLABS OBJECTION TO APPOINTMENT OF CHAPTER 7 TRUSTEE

Petitioning Creditor, Gene McCubbin d/b/a Poplabs ("McCubbin"), through its undersigned counsel, hereby submits this objection to the Appointment of RONALD J. SOMMERS as Chapter 7 Trustee [Dkt. No. 81] and would show this court as follows:

**I.**

1. On June 26, 2024 this Court converted this case to Chapter 7 on its own motion after a show cause hearing [Dkt. Entry 79].

2. On June 27, 2024 US Trustee filed Notice of Appointment of Chapter 7 Trustee [Dkt. No 81].

3. McCubbin now timely files this objection to the Appointment of Ronald J Sommers as Chapter 7 Trustee in the above referenced matter.

4. Two other creditors have filed objections claiming that they have past, present and ongoing conflict with Mr. Summers that would not qualify him as a disinterested person under the Bankruptcy Code. If, in fact, Mr. Summers has previously represented other parties or individuals that are adverse to any creditors in the current case, then McCubbin contends that Mr. Summers will not qualify as a disinterested person under the Bankruptcy Code.

Dated:  July 12, 2024

        Respectfully submitted,

        **LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.**

        By: /s/ *Kevin M. Madden*
            Kevin M. Madden
            State Bar No. 24041376
            16310 State Highway 249, Unit 1304
            Houston, Texas 77064
            Phone: 281-888-9681
            Fax:    832-538-0937
            Email : kmm@kmaddenlaw.com
        ***ATTORNEY FOR PETITIONING CREDITOR***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2024, a true and correct copy of the foregoing Notice and all attachments thereto was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such service in this bankruptcy case, and (ii) via email and/or first-class U.S. mail, postage prepaid, upon the following parties:

        /s/ *Kevin M. Madden*
          Kevin M. Madden