United States Courts
Southern District of Texas
FILED
JUL 26 2024
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GALLERIA WEST LOOP | § | CASE NO. 24-32143 |
| INVESTMENTS, LLC, | § | (Chapter 11) |
| | § | |
| Debtor | § | |

## NOTICE OF APPEAL OF ORDER DENYING RECONSIDERATION OR MODIFICATION

### (Relates to ECF No. 44 and 92)

**COME NOW**, Ali Choudhri, Appellant for notice of appeal of order denying reconsideration referenced, hereby provide notice to all parties-in-interest that they desire to appeal all portions.

1. Name of the Debtor: **GALLERIA WEST LOOP INVESTMENTS, LLC.**

2. Describe the Orders, Judgments, and Notices:

   Order denying reconsideration or modification ECF No 92, resolving ECF 72 and 44)

3. The date on which the Order was entered:

   July 10, 2024

4. Name of all parties to the Order appealed from:

   Galleria West Loop Investments, LLC
   Veritex Community Bank
   Gene MCCubbin d/b/a PopLabs

5. Name, address and telephone number of the Appellant:

   Ali Choudhri.
   2425 West Loop South,
   Suite 1100
   Houston, Texas 77027
   Ph: 281-630-6627
   Email: ali@jetallcapital.com

1

To have this appeal heard by the United States District Court for the Southern District of Texas, Houston Division.

Dated: July 26, 2024.

                                                    Respectfully submitted,
*/s/Ali Choudhri*
Ali Choudhri, Pro Se
2425 West Loop South, 11th Floor
Houston, TX 77027
ali@jetallcapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all known counsel pursuant to the Texas Rules of Appellate Procedure on this the day of July 26, 2024.

                                                    */s/Ali Choudhri*
                                                    *Ali Choudhri, Pro Se*