IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| In re: <br> GALLERIA WEST LOOP INVESTMENTS, LLC, <br>         Debtor. <br><br> ALI CHOUDHRI, <br>         Appellant. | Bankr. Case No. 24-32143 <br> (Chapter 7) <br><br><br> Civil Action No. 4:24-cv-02831 |

## ORDER DISMISSING APPEAL

Upon Veritex Community Bank's Motion [Docket No. 2] (the "Motion")[1] to dismiss the present appeal, the Court finds that it lacks jurisdiction to consider the appeal because Appellant failed to timely file the Notice of Appeal within the period prescribed by FED. R. BANKR. P. 8002, and the time for Appellant to appeal the Order subject to this appeal cannot be extended under FED. R. BANKR. P. 8002(d); Appellant failed to timely designate items for the record and state the issues presented under FED. R. BANKR. P. 8009(a); and, based on the foregoing findings, the Motion should be granted. It is therefore, **ORDERED** that the present appeal, Civil Action No. 4:24-cv-02831, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of August, 2024.

_____
Keith P. Ellison
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meanings provided in the Motion unless otherwise noted.

- 1 -