United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GALLERIA WEST LOOP INVESTMENTS, LLC | § § § | CASE NO. 24-32143 CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE MARVIN ISGUR |

### ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY GENERAL COUNSEL

(Docket # 108)

The Court, having considered the Trustee's Application to Employ General Counsel pursuant to 11 U.S.C. § 327(a), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that Ross, Banks, May, Cron & Cavin P.C. and Marc Douglas Myers (collectively "Ross Banks") represent no interest adverse to the estate in the matters upon which Ross Banks is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore

**ORDERED THAT:**

1. The Trustee's Application to Employ Ross Banks as general counsel pursuant to 11 U.S.C. § 327(a) is granted and the Trustee is authorized to employ Ross Banks to assist the Trustee as needed on the matters identified in the application.

2. Marc Douglas Myers is designated as attorney in charge for the representation by Ross Banks of the Trustee.

3. All applications for compensation for Ross Banks shall be filed with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules. Ross Bank shall give notice to all parties-in-interest to any proposed increase in the hourly rate to be charged for all services rendered.

Signed: March 18, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133

7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE